UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-32103 |
|---|---|
| STEVEN G. CALDWELL | (Chapter 13) |
| SHARLA K. CALDWELL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 33 | ENT ASSOCIATES OF GR DAYTON<br>TIFFANY BEDNAR<br>255 N MAIN ST<br>CENTERVILLE, OH  45459 | 6.92 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2011

Certificate of Service  08-32103

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| STEVEN G. CALDWELL | SHARLA K. CALDWELL | LESTER R THOMPSON |
| --- | --- | --- |
| 9659 OIDE PARK DR. | 9659 OLDE PARK DR. | 1340 WOODMAN DR |
| TIPP CITY, OH  45371 | TIPP CITY, OH  45371 | DAYTON, OH  45432 |

(33.1)
ENT ASSOCIATES OF GR DAYTON
TIFFANY BEDNAR
255 N MAIN ST
CENTERVILLE, OH  45459

(36.1n)
REIMER LORBER & ARNOVITZ CO
BOX 968
2450 EDISON
TWINSBURG, OH  44087

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv